UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Vicki Lock,

    Plaintiff,

v.                                                                      Case No.  14-13223

Bank of America,                                              Honorable Sean F. Cox

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed this action against Defendant Bank of America in state court and Defendant removed the action to this Court.  On September 24, 2014, Defendant filed a Motion to Dismiss, which was referred to Magistrate Judge Mona Majzoub for issuance of a  Report and Recommendation.

In a Report and Recommendation ("R&R") issued on March 23, 2015, Magistrate Judge Majzoub recommends that the Court grant Defendant's Motion to Dismiss and dismiss this action in its entirety.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither

1

party has filed objections to the R&R. The Court hereby ADOPTS the March 23, 2015 R&R.

IT IS ORDERED that Defendant's Motion to Dismiss is GRANTED and this action shall be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated: April 13, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 13, 2015, by electronic and/or ordinary mail.

                                      S/Jennifer McCoy
                                      Case Manager